IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NORBERTO GUTIERREZ and § | | |
| LYDIA GUTIERREZ § | | |
| § | | |
| VS. § | | CIVIL ACTION NO.:_____ |
| § | | |
| DERRICK LAMONT COOPER, and § | | |
| BROOKS ONE ENTERPRISES, LLC § | | |

**PETITION PROVIDING NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW Defendants **DERRICK LAMONT COOPER** and **BROOKS ONE ENTERPRISES, LLC** ("Defendants"), pursuant to 28 U.S.C., §1446, filing this their *Petition Providing Notice of Removal* and for cause show as follows:

**I.**

Plaintiffs **NORBERTO GUTIERREZ** and **LYDIA GUTIERREZ** instituted this civil action against Defendants in the 103rd District Court of Cameron County, Brownsville, Cameron County, Texas. True copies of the process and pleadings from the state court litigation are contemporaneously filed.

**II.**

This action is properly removable under 28 U.S.C., §1441(a) because the United States District Court has original jurisdiction pursuant to 28 U.S.C., §1332(a). This action is timely removable pursuant to 28 U.S.C., §1446(b). Defendants first received notice of this suit when Defendant Cooper received a copy of the Petition on April 26, 2018, and this removal petition is filed within 30 days thereafter.

**III.**

The Plaintiffs are natural persons and residents of the State of Texas. Defendant Cooper is domiciled in and a citizen of Alabama, and Defendant Brooks One Enterprises,

LLC, is a limited liability company vested in one manager, Adaryal M. Brooks, of Lawrenceville, Georgia.  The principal place of business of Defendant Brooks One Enterprises, LLC, is also in Lawrenceville, Georgia.  This Court has diversity jurisdiction because the parties have diverse citizenship.

### IV.

Plaintiffs plead claims arising from a motor vehicle accident occurring on or about August 14, 2017.  Plaintiffs' Original Petition, ¶ 2, recites that Plaintiffs claim monetary damages "over $200,000 but not more than $1,000,000."  The amount in controversy satisfies the threshold requirements of 28 U.S.C., §1332(a).

### V.

Notice of Removal to the United States District Court has been provided to the **103rd** District Court of Cameron County, Brownsville, Cameron County, Texas, from which this suit originated, and to counsel for Plaintiffs.

WHEREFORE, PREMISES CONSIDERED, Defendants Derrick Lamont Cooper and Brooks One Enterprises, LLC pray that this action be removed to the United States District Court for the Southern District of Texas, Brownsville Division; that they be afforded judgment that plaintiffs take nothing on all claims as to these Defendants; and, for such other and further relief that they may be entitled.

Respectfully submitted,

By:  /s/  Scott T. Clark
SCOTT T. CLARK
State Bar No. 00795896
Federal I.D. No. 21676
sclark@adamsgraham.com
**ADAMS & GRAHAM, L.L.P.**
P.O. Drawer 1429
Harlingen, Texas 78551-1429
Phone: (956) 428-7495 Ext 147
Fax: (956) 428-7495

Attorney-in-charge for *Defendants* DERRICK LAMONT COOPER AND BROOKS ONE ENTERPRISES, LLC

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was forwarded to the following counsel of record on this 25th day of May, 2018.

David H. Square                                                         *via e-service*
**SQUARE LAW GROUP, PLLC**
302 Kings Hwy., Ste. 103
Brownsville, Texas 78521
david@squarelawgroup.com
litigation@squarelawgroup.com

                                        /s/   Scott T. Clark
                                        SCOTT T. CLARK